**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 23-14039-CR-CANNON**

**UNITED STATES OF AMERICA**,

   Plaintiff,

v.

**RITA MERCADO-CUADRA**

   Defendant.

_____/

<u>**ORDER ADOPTING REPORT AND RECOMMENDATION**</u>

   **THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek M. Maynard Following Change of Plea Hearing [ECF No. 40].  On January 12, 2024, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 35] during which Defendant pled guilty to Counts 1 and 3 of the Indictment [ECF No. 9] pursuant to a written plea agreement and stipulated factual basis [ECF Nos. 37, 38].  Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Counts 1 and 3 of the Indictment, that the Court find Defendant to have freely and voluntarily entered her guilty plea, and that the Court adjudicate her guilty of Counts 1 and 3 [ECF No. 9].  No objections to the Report have been filed, and the time to do so has expired.

   The Court has conducted a review of the record and finds no error in the Report.  Therefore, it is **ORDERED AND ADJUDGED** as follows:

  1. The Report and Recommendation [ECF No. 40] is **AFFIRMED AND ADOPTED**.

  2. The guilty plea entered into by Defendant **Rita Mercado-Cuadra** as to Counts 1 and 3 of the Indictment is **ACCEPTED**.

CASE NO. 23-14039-CR-CANNON

3. Defendant **Rita Mercado-Cuadra** is adjudicated guilty of Counts 1 and 3 of the Indictment.  Count 1 charges her with false statements in a passport application, in violation of 18 U.S.C. § 1542.  Count 3 charges her with aggravated identity theft, in violation of 18 U.S.C. § 1028A(a)(1) [ECF No. 9].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 2nd day of February 2024.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record